Same case below, 395 Fed. Appx. 373.

■

**No. 10-10696. Tommy Span, Petitioner v. Gary S. Barders, et al.**

565 U.S. 844, 132 S. Ct. 160, 181 L. Ed. 2d 75, 2011 U.S. LEXIS 6030, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■

**No. 10-10697. Andrew Smitherman, Petitioner v. Louis Boyd, Warden, et al.**

565 U.S. 844, 132 S. Ct. 160, 181 L. Ed. 2d 75, 2011 U.S. LEXIS 5994.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■

**No. 10-10700. Anthony Dawain Shaw, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

565 U.S. 844, 132 S. Ct. 160, 181 L. Ed. 2d 75, 2011 U.S. LEXIS 6530.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 711.

■

**No. 10-10701. Jimmy Carter, Jr., Petitioner v. United States.**

565 U.S. 845, 132 S. Ct. 161, 181 L. Ed. 2d 75, 2011 U.S. LEXIS 5903.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 411 Fed. Appx. 242.

■

**No. 10-10702. Andre Keith Dodds, Petitioner v. United States.**

565 U.S. 845, 132 S. Ct. 161, 181 L. Ed. 2d 75, 2011 U.S. LEXIS 5878.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

■

**No. 10-10703. Alejandro Espinoza, aka Miguel Angel Manzo, Petitioner v. United States.**

565 U.S. 845, 132 S. Ct. 161, 181 L. Ed. 2d 75, 2011 U.S. LEXIS 6273.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 392 Fed. Appx. 666 and 421 Fed. Appx. 817.

■

**No. 10-10704. Tyrone Davis, Petitioner v. Troy Steele, Warden.**

565 U.S. 845, 132 S. Ct. 161, 181 L. Ed. 2d 75, 2011 U.S. LEXIS 6602, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.